```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
IN RE APPLICATION OF EFFECTEN-SPIEGEL :   18mc93 (DLC)
AG AND ARFB ANLEGERSCHUTZ UG FOR AN   :
ORDER TO TAKE DISCOVERY PURSUANT TO 28:   ORDER
U.S.C. § 1782                         :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

For the reasons stated on the record at the hearing held on June 7, 2018, it hereby

ORDERED that the 28 U.S.C. § 1782 petition as to Merrill Lynch, Pierce, Fenner & Smith, Inc. and Merrill Lynch & Co. is denied.

IT IS FURTHER ORDERED that any motion to quash a subpoena served on John Thain for documents and/or deposition testimony relating to the issues identified in the petitioners' § 1782 application is due by **July 20, 2018**. Any opposition to that motion is due by **August 3, 2018**.

Dated:    New York, New York
          June 7, 2018

                                      _____
                                            DENISE COTE
                                      United States District Judge